# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS - 6

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACV 11-00712-CJC(ANx) |
| Date | January 21, 2014 |
| Title | Cuong Nhut Chung v. L and R Fashions, Inc. |

| | |
|---|---|
| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING ACTION WITHOUT PREJUDICE

On January 17, 2014, the Court was notified by Plaintiff's counsel that this case has settled and that a trial would not be necessary. Accordingly, the case is hereby DISMISSED WITHOUT PREJUDICE.

| | : | 0 |
|---|---|---|
| | Initials of Preparer | mu |